No. 96–282. BIO-TECHNOLOGY GENERAL CORP. ET AL. *v.* GENENTECH, INC. C. A. Fed. Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 95–1929. MCCABE, ADMINISTRATRIX OF THE ESTATE OF ZINGER *v.* CITY OF LYNN. C. A. 1st Cir. Motion of Mental Health Legal Advisors Committee et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 95–1980. RIVKIN ET AL., T/A GALAXY MANOR *v.* DOVER TOWNSHIP RENT LEVELING BOARD. Sup. Ct. N. J. Motion of Pacific Legal Foundation for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 95–2011. BLACKMAN *v.* UNITED STATES ET AL. C. A. 9th Cir. Motion of petitioner for leave to file a document under seal denied. Certiorari denied.

No. 95–2033. BP CHEMICALS LTD. ET AL. *v.* HOECHST CELANESE CORP. C. A. Fed. Cir. Motion of Union Carbide Corp. for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 95–8790. WHITE *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied. JUSTICE BREYER would grant certiorari.

No. 95–8910. LACKEY *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied. JUSTICE BREYER would grant certiorari.

No. 95–9230. BALLARD ET AL. *v.* KAPILA C. A. 11th Cir. Certiorari before judgment denied.